JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLYNN M. CRAWFORD, | ) | Case No. CV 08-7716-OP |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner of Social Security, and dismissing this action with prejudice.

DATED: November 5, 2009

HONORABLE OSWALD PARADA
United States Magistrate Judge